■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT T. FREEMAN, Appellant.—Appeal by defendant from a judgment of the County Court, Orange County, rendered October 21, 1975, convicting him of burglary in the second degree, upon his plea of guilty, and imposing an indeterminate sentence of imprisonment with a maximum of 15 years. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence to an indeterminate term of imprisonment with a maximum of five years. As so modified, judgment affirmed. In our opinion, the sentence was excessive to the extent indicated herein. Latham, J. P., Shapiro, Hawkins and Suozzi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERARD HAMILL, Also Known as GERARD HAMMILL, Appellant.—Judgment of the Supreme Court, Queens County, rendered May 2, 1974, affirmed (see *People v Crimmins,* 36 NY2d 230). Hopkins, J. P., Shapiro, Hawkins and Suozzi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER HENZEL, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered February 5, 1976, convicting him of criminal possession of a controlled substance in the third and fifth degrees and criminal sale of a controlled substance in the second degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the law and the facts, and indictment dismissed. Defendant's guilt was not proved beyond a reasonable doubt. Hopkins, J. P., Shapiro, Hawkins and Suozzi, JJ., concur.